# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CHRISTINE MARAIS,** | ) CASE NO. 2:17-CV-922 |
| Plaintiff, | ) |
| | ) CHIEF JUDGE EDMUND A. SARGUS |
| v. | ) |
| | ) |
| **REIMER LAW CO., et al.,** | ) DEFENDANT REIMER LAW CO.S |
| | ) RULE 68 OFFER OF JUDGMENT |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 68, Defendant Reimer Law Co. hereby offers to allow judgment to be taken against it for the total sum of $20,000. This amount includes statutory damages in the amount of $1,100; actual damages in the amount of $15,000 that have accrued as of the date of this offer; and $3,900 in reasonable attorneys' fees and expenses that have accrued as of the date of this offer.

This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed as an admission of liability or as an admission that Plaintiff has suffered any damages. Further, this offer is being made more than 14 days before trial begins, and Defendant intends to invoke Rule 68 in its entirety, including, but not limited to collecting all costs incurred after the making of this offer if rejected and any other fees allowable under the law incurred after making the offer.

Respectfully submitted,

TIMOTHY T. BRICK (0040526)
LORI E. BROWN (0071480)
GALLAGHER SHARP LLP
Sixth Floor, Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
(216) 241-5310 Telephone
(216) 241-1608 Fax
lbrown@gallaghersharp.com
*Counsel for Defendant Reimer Law Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2018, a copy of the forgoing was *sent electronically and by Certified Mail* to the following:

Andrew J. Gerling (andrew@doucet.law)
Christopher J. Gant (gant@doucet.law)
Doucet & Associates, Inc.
700 Stonehendge Parkway, Suite 2B
Dublin, OH 43017
*Counsel for Plaintiff Christine Marais*

TIMOTHY T. BRICK (0040526)
LORI E. BROWN (0071480)
*Counsel for Defendant Reimer Law Co.*